**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ERIC MINTON, on behalf of himself and others similarly situated,<br>Plaintiff,<br>v.<br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br>Defendant. | Civil Action No. 1:24-CV-01224-SAG |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Eric Minton ("Plaintiff"), by and through his undersigned attorneys, files this Unopposed Motion for Preliminary Approval of Class Action Settlement.

This case concerns Plaintiff's allegations that Defendant FedEx Ground Package System, Inc. ("Defendant") violated the Maryland Wage and Hour Law ("MWHL"), Md. Code, Labor & Employ. §§ 3-401, *et seq.* and the Maryland Wage Payment and Collections Law ("MWPCL"), Md. Code, Labor & Employ. §§ 3-501, *et seq.* by failing to pay hourly employees all of their earned wages for time spent on Defendant's premises before and after their shifts waiting for and undergoing security screenings and walking to and from security screenings to timeclocks.

Following a mediation process discussed in further detail in the accompanying Memorandum (attached as **Exhibit 1)**, the Parties have entered into a Settlement Agreement ("Agreement" or "Settlement") (attached as **Exhibit 2**) that resolves the class action claims alleged in this matter. As set forth in the Agreement, the Parties were able to reach a settlement for a total ***non-reversionary*** Gross Settlement Amount of Nine Million Dollars and Zero Cents

($9,000,000.00) to resolve the claims of approximately 32,366 class members. Plaintiff hereby moves for preliminary approval of the Settlement. In support of this Motion, Plaintiff also attaches Plaintiff Minton's Supplemental Settlement Agreement and Release as **Exhibit 3,** the Declaration of Maureen A. Salas as **Exhibit 4,** the Declaration of Deirdre Aaron as **Exhibit 5,** and the Declaration of Sarah R. Schalman-Bergen as **Exhibit 6.**

Plaintiff's Motion should be granted because the proposed Agreement satisfies all of the criteria for preliminary approval and falls well within the range of reasonableness. Plaintiff respectfully requests that the Court: (1) preliminarily approve the Parties' Settlement as fair, reasonable, and adequate; (2) preliminarily appoint Plaintiff Eric Minton as the Settlement Class Representative; (3) preliminarily appoint Plaintiff's Counsel, Winebrake & Santillo, LLC; Werman Salas P.C.; and Lichten & Liss-Riordan, P.C. as Class Counsel; (4) appoint Rust Consulting as Administrator; (5) preliminarily certify the Settlement Class for settlement purposes only; (6) approve the proposed Notice Form; (7) direct Notice to be sent to the Settlement Class Members in the form and manner proposed as set forth in the Agreement; (8) set a date for a Final Approval Hearing; and (9) set deadlines for Settlement Class Members to object to or exclude themselves from the Settlement. A proposed order is attached to this motion as **Exhibit 7.**

DATED: February 5, 2026

Respectfully submitted,

/s/ Sally J. Abrahamson

Sally J. Abrahamson – Bar No. 20425
Douglas M. Werman –admitted pro hac vice
Maureen A. Salas – admitted pro hac vice
**WERMAN SALAS P.C.**
77 W. Washington St., Ste 1402
Chicago, IL 60602
Tel: (312) 419-1008
sabrahamson@flsalaw.com
dwerman@flsalaw.com
msalas@flsalaw.com

Peter Winebrake – admitted pro hac vice
Deirdre Aaron – admitted pro hac vice
**WINEBRAKE & SANTILLO, LLC**
715 Twining Rd., Ste 211
Dresher, PA 19025
Tel: (215) 884-2491
pwinebrake@winebrakelaw.com
daaron@winebrakelaw.com

Sarah R. Schalman-Bergen – admitted pro hac vice
Krysten Connon – admitted pro hac vice
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Ste 2000
Boston, MA 02116
Tel: (267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

*Plaintiff's Counsel*