**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ERIC MINTON, on behalf of himself and others similarly situated,<br>Plaintiff,<br>v.<br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br>Defendant. | Civil Action No. 1:24-CV-01224-SAG |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Eric Minton ("Plaintiff"), by and through his undersigned attorneys, files this Unopposed Motion for Final Approval of Class Action Settlement.

This Motion is based on the accompanying Memorandum of Law, the Declaration of the Settlement Administrator Rust Consulting attached as **Exhibit 1**, the supplemental declarations of Class Counsel that are being contemporaneously filed as exhibits to Plaintiff's Motion for Approval of Service Award, Attorneys' Fees, and Litigation Expenses, and all other records, pleadings and papers on file in this action. Defendant does not oppose this Motion. An agreed proposed Order is submitted for the Court's consideration as **Exhibit 2**.

DATED: June 16, 2026

Respectfully submitted,

*/s/ Sally J. Abrahamson*

Sally J. Abrahamson – Bar No. 20425
Douglas M. Werman -admitted *pro hac vice*
Maureen A. Salas – admitted *pro hac vice*
**WERMAN SALAS P.C.**

77 W. Washington St., Ste 1402
Chicago, IL 60602
Tel: (312) 419-1008
sabrahamson@flsalaw.com
msalas@flsalaw.com
dwerman@flsalaw.com

Peter Winebrake – admitted *pro hac vice*
Deirdre Aaron – admitted *pro hac vice*
**WINEBRAKE & SANTILLO, LLC**
715 Twining Rd., Ste 211
Dresher, PA 19025
Tel: (215) 884-2491
pwinebrake@winebrakelaw.com
daaron@winebrakelaw.com

Sarah R. Schalman-Bergen – *admitted pro hac vice*
Krysten Connon – *admitted pro hac vice*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston St., Ste 2000
Boston, MA 02116
Tel: (267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 16th day of June 2026.

*/s/ Sally J. Abrahamson*
Sally J. Abrahamson